SCOTT W. ULM, ESQ.
Nevada State Bar No. 12652
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:   (702) 258-6662
sulm@bremerwhyte.com

*Attorneys for Defendants,*
*SHAWN BISHOP & CARDINAL LOGISTICS*
*MANAGEMENT CORPORATION*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIJAH GHEDAMSI, individually,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHAWN TRAVIS RANIER BISHOP, individually; CARDINAL LOGISTICS MANAGEMENT CORPORATION, a Foreign Corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE ENTITIES 1-20, inclusive,<br><br>　　　　Defendant. | Case No. 2:24-cv-01530-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff ELIJAH GHEDAMSI, by and through his attorney of record, Paul A. Shpirt, Esq. at the law firm of Dimopoulos Injury Law and Defendants and Defendants SHAWN BISHOP and CARDINAL LOGISTICS MANAGEMENT CORPORATION, by and through their attorneys of record, Scott W. Ulm, Esq. of Bremer Whyte Brown & O'Meara, LLP, that all of Plaintiff's claims against SHAWN BISHOP & CARDINAL

///

///

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

1287.775 4923-0902-4565.1

LOGISTICS MANAGEMENT CORPORATION be dismissed, with prejudice, the parties to each bear their own fees and costs.

DATED this 14th day of May 2025

**BREMER WHYTE BROWN & O'MEARA LLP**

/s/ Scott W. Ulm
Scott W. Ulm, Esq.
Nevada State Bar No. 12656
*Attorneys for Defendants*
*SHAWN BISHOP &*
*CARDINAL LOGISTICS*
*MANAGEMENT CORPORATION*

DATED this 14th day of May 2025

**DIMOPOULOS LAW FIRM**

/s/ Paul A. Shpirt
Paul A. Shpirt, Esq.
Nevada State Bar No. 10441
*Attorney for Plaintiff*

## ORDER

It is so ordered.

Dated this 14 day of May, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE)** in 2:24-cv-01530-GMN-NJK was submitted by:

**BREMER WHYTE BROWN & O'MEARA LLP**

/s/ Scott W. Ulm
Scott W. Ulm, Esq.
Nevada State Bar No. 12656
*Attorneys for Defendants*
*SHAWN BISHOP & CARDINAL LOGISTICS*
*MANAGEMENT CORPORATION*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1287.775  4923-0902-4565.1